AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

_____ DISTRICT OF  MASSACHUSSETS _____

ALDO RAMIREZ,

V.

SHERRI WILLIAMS.

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER:

I, __Aldo Ramirez_____, declare that I am the (check appropriate box)

[X] petitioner/plaintiff          [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant     [ ] __42 USC § 1983 Lawsuit.__
                                         *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                                     Yes [X]   No [ ]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)
   (Please see attached inmate 6-month financial printout).

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. N/A.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment     Yes [ ]   No [X]
   b. Rent payments, interest or dividends?                            Yes [ ]   No [X]
   c. Pensions, annuities or life insurance payments?               Yes [ ]   No [X]
   d. Gifts or inheritances?                                                      Yes [ ]   No [X]
   e. Any other sources?                                                          Yes [ ]   No [X]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ~~COLORADO~~ MASSACHUSSETS

Civil Action No. _____
(To be supplied by the court)

ALDO RAMIREZ _____, Plaintiff,

v.

SHERRI WILLIAMS _____,

_____

_____, Defendant(s).

---

**PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915**

---

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.
   This statement is true because I am indigent.

2. I am entitled to redress.
   I am entitled to redress because my Constitutional rights were violated.

3. The nature of this action is:

   The nature of this action is a Title 42 U.S.C.§ 1983 lawsuit pursuant to

   Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).

(Rev. 4/15/02)

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

I have nothing to declare.

5. Are you in imminent danger of serious physical injury?

___ Yes  _x_ No  (CHECK ONE).  If you answered yes, briefly explain your answer:

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  __12-10-04__
                (Date)

_____Aldo E. Ramirez_____
(Prisoner's Original Signature)

### Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

(Rev. 4/15/02)                          2