## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ~~MASSACHUSETTS~~ MASSACHUSSETS

Civil Action No.

_____
(To be supplied by the court)

ALDO RAMIREZ
_____, Plaintiff,

v.                                                                **JURY DEMAND**

SHERRI WILLIAMS
_____,

_____,

_____,

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

_____

### PRISONER COMPLAINT

_____

(Rev. 4/15/02)

## A. PARTIES

1. ALDO RAMIREZ/REG.NO.16812-265/FCI-FLORENCE/P.O.BOX 6000/FLORENCE, COLORADO
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   ZIP CODE 81226-6000.

2. SHERRI WILLIAMS/14 COTTAGE ST./APT.#7/CHELSEA, MASSACHUSSETS 02150.
   (Name, title, and address of first defendant)
   DEFENDANT WILLIAMS WAS AT ALL RELEVANT TIMES MY LANDLADY.

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under
   color of state law? ___ Yes _x_ No (CHECK ONE). Briefly explain your answer:

   My lawyer,Anna M.Vigorito received a check from a settlement that was in

   (Please see attached conclusion of A.Parties).

3. N/A.
   (Name, title, and address of second defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under
   color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:
   ___ N/A.

4. N/A.
   (Name, title, and address of third defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under
   color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:
   ___ N/A.

(If you are suing more than three defendants, use extra paper to provide the information
requested above for each additional defendant.  The information about additional defendants
should be labeled "A. PARTIES.")

(Rev. 4/15/02)                    2

## B. JURISDICTION

1.  I assert jurisdiction over my civil rights claim(s) pursuant to:  (check one if applicable)

    _____  28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    __x__  28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2.  I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    Fourteenth Amendment U.S.Constitution violation by Defendant depriving

    Plaintiff of his lawful property.


## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.  If more space is needed to describe the nature of the case, use extra paper to complete this section.  The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

On the date of_____,Plaintiff sustained an injury wherein the

City of Cambridge,Massachussets was at fault.Plaintiff brought suit against

the City of Cambridge,Massachussets.At the time that Plaintiff brought forth

that lawsuit,he was renting from the Defendant in this instant suit.At that

time Plaintiff's address was 14 Cottage St.,Apt.#7 in Chelsea,Massachussets

02150. Plaintiff's Attorney in that Civil Suit,Anne M.Vigorito,came to a

settlement with the City of Cambridge,Massachussets for the amount of $1,500.00.

Plaintiff and his then Attorney Vigorito had arrived at an agreement that she

would receive one-third of any settlement and Plaintiff would receive the

remaining two-thirds of any settlement in the case.Unfortunately,before the

case reached the settlement stage Plaintiff became incarcerated.Plaintiff's

then Attorney Vigorito mailed a Release Form to the address as stated above


(Please see attacged conclusion of C.NATURE OF THE CASE).

(Rev. 4/15/02)                          3

# D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1.  Claim One:  Herein named Defendant violated Plaintiff's Fourteenth Amendment
    Supporting Facts: (Please see attached conclusion of D.CAUSE OF ACTION).
    Plaintiff personal mail arrived to his legal mailing address of 14
    Cottage St.,Apt.#7,Chelsea,Massachussets 02150.Plaintiff was incarcera-
    ted at the time his mail arrived via the U.S.Postal System at said
    address.Plaintiff's landlady,the herein Defendant,absent his consent
    or knowledge opened his mail,forged his signature onto a Funds release
    Form that came inside said mail,then swent that fraudulent signed Funds
    Release Form back through the U.S.Postal System to Plaintiff's then
    Attorney Vigorito. Upon receiving the fraudulent signed Funds Release
    Form,Plaintiff's then Attorney Vigorito sent a check for $1,000.00 to
    Plaintiffto his then legal address as cited above.When said check
    arrived at the above address,herein Defendant endorsed said check by
    fraudulent signing Plaintiff's name on the back of it. Defendant was
    not authorized to tamper in any way with Plaintiff's check. Defendant
    then deposited Plaintiff's $1,000.00 check into her personal bank account
    without Plaintiff's knowledge or consent.

(Rev. 4/15/02)                          4

2. Claim Two: <u>Herein named Defendant violated Plaintiff's Eighth Amendment</u>
<u>(See attached conclusion to D.CAUSE OF ACTION).</u>

Supporting Facts: The atrocious actions of herein named Defendant as set

forth in Claim One were so outrageous and reprehensible that they shock

the conscious of responsible people in a civilized community and no

reasonable person should be required to endure them. Because of

Defendant's complained of conduct,Plaintiff has acquired a deep fear

of using the U.S.Postal System.Plaintiff have reoccurring nightmares

that Defendant receives all of his important mail and never informs

him of its arrival.Defendant thus have caused Plaintiff much grevious

stress,mental pain and anguish.Plaintiff was thereby damaged,in viola-

tion of his Eighth Amendment rights against psychological cruel and

unusual punishment.

(Rev. 4/15/02)                              5

3.  Claim Three:    Defendant Williams violated Plaintiff Ramirez's Fourteenth
                    (Please see attached conclusion to D.CAUSE OF ACTION)
    Supporting Facts:

Plaintiff ramirez and his wife Elaine were having domestic problems so

he moved temporarily in with herein Defendant Williams.During the period

while he was temporarily residing with Defendant Williams,Plaintiff Ramirez

became incarcerated.While he was incarcerated he contacted Defendant Williams

by correspondence wherein he gave her power of attorney to prepare the joint

Income Tax documents and to file those Tax documents.Plaintiff Ramirez wife-

Elaine M.Ramirez - is co-owner of that Income Tax check but she had no

knowledge that Plaintiff Ramirez had given Defendant Williams his power

of attorney to prepare the joint Income Tax return.Plaintiff Ramirez wife,

Elaine M.Ramirez,did not provide either her consent nor her authorization

for Defendant Williams to act in any manner on her behalf.Plaintiff

Ramirez wife Elaine M.Ramirez has presently given Plaintiff Ramirez,

her husband power of attorney to act inb her behalf in this instant

matter.(See attached Exhibit 3). Apparently while Plaintiff ramirez was

still incarcerated the joint Income Tax check came to Defendant Williams

resident where Plaintiff Ramirez had been staying prior to his incarcera-

tion (14 Cottage St.,Apt.#1),in Chelsea,Massachutts.(See attached Exhibit 4).

While Plaintiff ramirez was still incarcerated and without knowledge or

authorization,Defendant Williams feloniously forged  both Plaintiff ramirez

and his wife Elaine M.Ramirez names on the back of that check and deposited

the check into her personal bank account via ATM machine.(See attached

Exhibit 5).Defendant Williams then simply checked her account balance

until she saw that the check had cleared,then she withdrew the funds and

spent them for herself. Plaintiff Ramirez contacted the IRS and inquired

about the check on March 5,2003.The IRS responded and therein instructed

            (Please see attached conclusion to D.CAUSE OF ACTION-Claim Three).

(Rev. 4/15/02)                          6

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes  _x_ No  (CHECK ONE).  If your answer is "Yes," complete this section of the form.  If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit.  The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1.  Name(s) of defendant(s) in prior lawsuit:

    N/A. _____

2.  Docket number and court name:

    N/A. _____

3.  Claims raised in prior lawsuit:

    N/A. _____

4.  Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?):

    N/A. _____

5.  If the prior lawsuit was dismissed, when was it dismissed and why?

    N/A. _____

6.  Result(s) of any appeal in the prior lawsuit:

    N/A. _____

## F. ADMINISTRATIVE RELIEF

1.  Is there a formal grievance procedure at the institution in which you are confined?  N/A.

    ___ Yes ___ No  (CHECK ONE).

2.  Have you exhausted the available administrative remedies?  Attach copies, if available. N/A.

    ___ Yes ___ No  (CHECK ONE).  Briefly explain your answer:

    _____

    _____

(Rev. 4/15/02)                    7

## G. REQUEST FOR RELIEF

State the relief you are requesting.  If you need more space to complete this section, use extra paper.  The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

WHEREFORE Plaintiff urges this Court to rule in his favor against the

Defendant.Plaintiff further urges this Court to award him as compensatory

damage the amount of $5,809.98 plus compound interest for the entire period

of time Defendant has been in unlawful possession of his lawful financial

property.Plaintiff also urges the Court to award him the amount of $50,000.00

in punitive damage to prohibit and deter Defendant  from any further similar

unlawful transgressions.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on   _12-10-04_
                          (Date)

_Aldo E. Ramirez_
(Prisoner's Original Signature)

(Rev. 4/15/02)                    8

CONCLUSION TO A.PARTIES

both of our names.My lawyer sent a Release Form to the address where I was renting.When that Release Form arrived at that address,the Defendant's Real Estate Property,Plaintiff was incarcerated.Absent Plaintiff knowledge or consent,Defendant opened that private mail,signed the Release Form in Plaintiff's name,and sent it back through the U.S.Postal System to Plaintiff lawyer Vigorito. Subsequently,Plaintiff's lawyer Vigorito thinking that she was sending the agreed upon $1,000.00 to Plaintiff,mailed the check that she wrote out of her personal account for Plaintiff's $1,000.00 throught the U.S.Postal System to aforesaid address. Upon that check's arrival at that address,Defendant again opened Plaintiff private mail,endorsed the check in Plaintiff's name and deposited it into her personal bank account. Plaintiff only found out about the matter by contacting his lawyer to find out about his funds. That check was deposited into Defendant's bank account somewhere around the month of March of 2001. The herein Defemdant was not satisfied in perpetrating the c omplained of unlawful act just once on Plaintiff Ramirez.She next seized the Plaintiff and his wife's income tax check for a far greater amount.Plaintiff Ramirez complained to the IRS about the matter but they advised Plaintiff Ramirez to file suit in this Court.

C.NATURE OF THE CASE CONCLUSION

to receive Plaintiff's authorization to cash the $1,500.00 check.When the
Release Form reached the address where Plaintiff resided prior to his
incarceration,Plaintiff's landlady,the herein Defendant knew that he was
incarcerated.The herein Defendant,absent Plaintiff's knowledge or consent,
forged Plaintiff's signature onto that Released Form. Defendant then sent
that fraudulent prepared document back through the U.S.Postal System to
Plaintiff's Attorney Vigorito.Plaintiff's then Attorney Vigorito,not sus-
pecting fraud,cut a personal check for $1,000.00 made out to Plaintiff.
Attorney Vigorito sent that check through the U.S.Postal System to Plain-
tiff's last known address - as set forth above. When that check in the
amount of $1,000.00 and in the name of Plaintiff arrived at said address,
herein Defendant removed it out of the mailbox,forged Plaintiff's signature
onto the back of it,then deposited the check into her personal bank account.
(See attached Exhibits 1 and 2).The Defendant has a history of seizing an
cashing Plaintiff's checks and keeping the funds for herself. Plaintiff will
motion into evidence irrefutable proof of this fact at the trial. The fact
that herein Defendant did the same type unlawful thing regarding Plaintiff
Ramirez and his wife income tax check and for a substantial greater amount
demonstrate that herein Defendant deliberately and maliciously perpetrated
both acts that Plaintiff ramirez complains about.As set forth in herein
attached Exhibit 7,the IRS stated that they would do nothing about the
unlawful matter and that if Plaintiff Ramirez and his wife wanted any jus-
tice that they would have to file suit in this Court.

D.CAUSE OF ACTION CONCLUSION

Claim One: rights by depriving him of his lawful financial property.

Claim Two: rights against cruel and unusual punishment by causing him great mental stress and anguish,through tampering with his mail and unlawfully seizing his financial property.

Claim Three:Amendment rights by depriving him of his and his wife [Elaine M.Ramirez] of lawful property,their joint Income Tax check for the amount of $4809.98.

Supporting Facts:Plaintiff Ramirez that he did not have to take any further action,that the IRS was investigating the matter and would reply to his inquiry by July 09,2003.(See attached Exhibit 6). On February 26,2004,the IRS dispatched a REFUND INQUIRY response to Plaintiff Ramirez's second inquiry to the IRS dated July 19,2003.In that response the IRS advised Plaintiff Ramirez that they were sending him a copy of the check (Attached Exhibits 4 and 5) but Plaintiff Ramirez and his wife Elaine M.ramirez must file in this Civil Court to receive any relief.(See attached Exhibit 7). Plaintiff Ramirez and his wife Elaine M.Ramirez requested a tracer be put on the Income Tax check prior to it being located in Defendant Williams' personal bank account. (See attached Exhibit 8).

*Russell B. Higley*
*City Solicitor*

*Donald A. Drisdell*
*Deputy City Solicitor*

*Nancy E. Glowa*
*First Assistant*
*City Solicitor*



*Arthur J. Goldberg*
*Supervising Legal Counsel*

*Legal Counsel*
*Birge Albright*
*Vali Buland*
*Cheryl Anne Watson*
*Nancy B. Schlacter*
*Christine E. McGinn*

# CITY OF CAMBRIDGE
### Office of the City Solicitor
795 Massachusetts Avenue
Cambridge, Massachusetts  02139

*617-666-8200*

*617-666-8200*

March 16, 2000

Attorney Anne M. Vigorito
Law Offices of Richard G. Di Girolamo
424 Broadway
Somerville, MA 02145

Re:    Aldo Ramirez - Our File No. 00-238

Dear Attorney Vigorito:

Enclosed please find City of Cambridge check in the amount of $1,500.00 payable to you and your client.  This check represents full and final settlement of the above matter.

Thank you for your cooperation in this matter.

Very truly yours,

Arthur J. Goldberg

AJG/jml
Enclosure

Check D.   13/Mar/2001                                                                Check No.  0036155

| Invoice Number | Invoice Date | Voucher ID | Dept. | PO Number | Paid Amount |
|---|---|---|---|---|---|
| 01102001 | 10.Jan.2001 | 00068625 | | | 1,500.00 |
| *DOI: 12/24/98* | | | | | |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 0000020881 | ALDO RAMIREZ AND | | $0.00 | |

| Check Number | Date | | Total Amount | Discounts Taken | Total Paid Amount |
|---|---|---|---|---|---|
| 0036155 | 13/Mar/2001 | | $1,500.00 | $0.00 | $1,500.00 |

---



VOID AFTER SIXTY DAYS          5-7017/2110 CITIZENS BANK - VENDOR          0036155
                                            20 North Park Avenue
**CITY OF CAMBRIDGE**                        Plymouth, MA  02360
795 Massachusetts Avenue
Cambridge, MA  02139
                               Date   13/Mar/2001        Pay Amount  $1,500.00***

Pay        ****ONE THOUSAND FIVE HUNDRED AND XX / 100 US DOLLAR****

To The     Vendor ID      0000020881
Order Of

           ALDO RAMIREZ AND
           ATTORNEY ANNE M VIGORITO
           424 BROADWAY                                  Authorized Signature
           SOMERVILLE, MA  02145

EXHIBIT 2

⑆0036155⑆ ⑈211070175⑈ 11050899644⑈

POWER OF ATTORNEY

STATE OF MASSACHUSETTS )
                       )SS:AFFIDAVIT OF ELAINE M.RAMIREZ
COUNTY OF MIDDLESEX    )   SS# 029-485-470


KNOW YE ALL MEN BY THESE PRESENTS,

   That I, *Elaine Ramirez* Address:7 Jasper Street,Apartment #4,Somerville,Massachusetts 02145,do hereby make,constitute, and appoint Aldo Emilio Ramirez,my Husband,Reg.No.16812-265, Federal Correctional Institution,P.O.Box 6000,Florence,Colorado 81226-6000,Social Security Number: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,as my true and lawful Attorney-in-Fact,for me and in my name,place,and stead, for a period of twelve (12) months from the date of this docu-ment,to transact any legal matter pertaining to me.

   I further give and grant to my said Attorney-in-Fact full power and authority to do and perform every act necessary and proper to be done in the exercise of any of the foregoing powers as fully as I might or could do if personally present, with full power of substitution and revocation,hereby ratify-ing and confirming all that my said Attorney-in-Fact shall lawfully do,or cause to be done by virture hereof.

EXHIBIT 3

Page 1 of 2

AFFIANT FURTHER SAYTH NAUGHT

Done this _2ⁿ_ day of _November_ ,2004


Respectfully submitted,

By: 
    Elaine M.Ramirez
    7 Jasper St.,Apt.#4
    Somerville,Massachusetts 02145




_Therese E. Stiles_
NOTARY PUBLIC SIGNATURE



THERESE E. STILES
Notary Public
Commonwealth of Massachusetts
My Comm. Expires November 26, 2004

My Commission Expires on _____



EXHIBIT 3

Page 2 of 2



⑆000000518⑆ 86490852⑈4⑈ 041000  ⑈0000480998⑈

EXHIBIT 4



EXHIBIT 5

 **IRS** Department of the Treasury
Internal Revenue Service

AUSTIN   TX   73301-0025

```
                                    In reply refer to:  0636108391
                                    Apr. 15, 2003     LTR 96C
                                    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  199912 30 000
                                    Input Op:  0636159158      00090
```

ALDO E & ELAINE M RAMIREZ
INMATE NO. 16812-265
P.O. BOX 6000
FLORENCE  CO  81226


                    Social Security Number:  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
                         Tax Period(s):  Dec. 31, 1999

                         Form:  1040


Dear Taxpayer:

Thank you for your inquiry dated Mar. 05, 2003.  We are investigating
and will reply by July 09, 2003.  You need take no further action at
this time.

If you have any questions, please call us toll free at 1-800-829-0922.

If you prefer, you may write to us at the address shown at the top
of the first page of this letter.

Whenever you write, please include this letter and, in the spaces
below, give us your telephone number with the hours we can reach you.
Also, you may want to keep a copy of this letter for your records.

Telephone Number ( )_____ Hours_____

We apologize for any inconvenience, and thank you for your
cooperation.

                         Sincerely yours,



                         Arbadella H. Thomas
                         Operations Mgr., Accts Management 1


                                    EXHIBIT 6

**Department of the Treasury**
**Internal Revenue Service**

**RECEIVED**

*Mr. Aldo E. Ramirez*
*Inmate No.: 16812-0265*
*Federal Correctional Institution*
*P.O. Box 6000*
*Florence, CO 81226-6000*

Date: FEB 2 7 2004

July 19, 2003  **REFUND INQUIRY**

Re:  Your Inquiry dated

July 25, 2003

Taxpayer Identification number:

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

Tax period:

12/31/1999

Dear Mr. Aldo E. Ramirez:

    We are sorry to learn that you did not receive your tax refund check dated

October 27, 2000.  Enclosed is a copy of your cancelled check.  Due to the fact

that you filed a joint return with your spouse, we can not process your claim.

    The government does not determine what part of a tax refund should go to the

husband and what part to the wife.

    Your ownership rights must be determined by the local law in a civil court.

Your telephone number:                     Best time to call during normal working hours:

(____)  _____                         _____

_____
Signature

08-02762                                   Tax Examiner - Refund Inquiry
Employee Number                            Title

Catalog Number 42403P                       Form 5260 (REV. 2-1999)
                                           publish.no.irs.gov

                                           EXHIBIT

| Form **3911**<br>(Rev. January 1997) | Department of the Treasury - Internal Revenue Service<br>**Taxpayer Statement Regarding Refund** | OMB NO. 1545-1384 |
|---|---|---|

The box checked below is in reply to your inquiry on _____ about your Federal tax return for 19 _99_ .

We sent you a refund for $ _____ on _____ .    ☐ Check    ☐ Direct Deposit

☐ The U.S. Postal Service returned your check because they could not deliver it.

☐ Your check was not cashed within one year of the issue date as the law requires and it can no longer be cashed.

► If we checked one of the above boxes, please complete Sections I and III of this form and send it back to us in the enclosed envelope. We will send you a new check within six weeks of the date we receive this form.

☐ If you did not receive the refund check, or if you received it and it was lost, stolen or destroyed, please complete Sections I, II and III. Send this form back to us in the enclosed envelope.

► If you don't hear from us by six weeks from the date you send the form back to us, please contact us at _____ .
If you prefer, you may write to us at the service center where you filed your return.

**Section I**    Print your current name(s), taxpayer identification number (for individuals, this is your social security number, for businesses, it is your employer identification number) and address, including ZIP code. If you filed a joint return, show the names of both husband and wife on lines 1 and 2 below.

1. Your name
_Aldo Emilio Ramirez M_    Taxpayer Identification Number _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_

2. Spouse's name *(if a name is entered here, spouse must sign on line 14)*
_Elaine M Ramirez_    Taxpayer Identification Number _029-485-470_

3. Street
_7 Jasper Street Apt. 4_   Apt. No.   City _Somerville_   State _Mass._   Zip code _02145_

► Please give us a phone number where you can be reached between 8 a.m. and 4 p.m. Include area code.    ► Area code _617_   Number _626-2026_ — _Leave Message if not here_

► If any of the above has changed since you filed your tax return, please enter the information below exactly as shown on your return.

4. Name(s)
_Aldo Emilio Ramirez M_    Taxpayer Identification Number _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_
Street _Federal Correctional Institution P.O. Box 6500 Florence, Co_   Apt. No.   City   State   Zip code _81226-6500_

► If you have filed a power of attorney authorizing a representative to receive your refund check, please enter his or her name and mailing address.

5. Name of representative    6. Address (include ZIP code) _Apt-1_
_14 Cottage St. Chelsea Mass 02150_

7 Type of return: ☐ Individual   ☐ Business, Form _____   ☒ Other    Tax period: _12/31/1999_
Type of refund requested: ☐ Check   ☐ Direct Deposit   Amount: $ _4809.98_   Date filed _____

| **Section II** | **Refund Information**<br>**(Please check all boxes that apply to you.)** |
|---|---|

8. ☐ I didn't receive a refund.    ☒ I received a refund check, but it was lost, stolen or destroyed.

9. ☐ I received the refund check and signed it.

**NOTE:** The law doesn't allow us to issue a replacement check if you endorsed it and someone other than you cashed the check, since that person didn't forge your signature.

10. ☒ I have received correspondence about the tax return. (Please attach a copy if possible.)

**(Please give us the following information if possible.)**

11. ☐ Name of bank and account number where you normally cash or deposit your checks:
Bank: _____    Account number: _____

12. a. If the refund was a direct deposit, did you receive a "Refund Anticipation Loan"? ☐ YES   ☒ NO
b. Enter the Routing Transit Number (RTN) _____ and account number _____ shown on your return.

Catalog Number 41167W     *(Continued on back)*     Form 3911 (Rev. 1-97)

EXHIBIT 8

| Section III | Certification |
|---|---|

► Please sign below, **exactly** as you signed the return. If this refund was from a joint return, we need the signatures of **both** husband and wife before we can trace it.

Under penalties of perjury, I declare that I have examined this form, and to the best of my knowledge and belief, the information is true, correct, and complete. I request that you send a replacement refund, and if I receive two refunds I will return one.

| 13. Signature (For business returns, signature of person authorized to sign the check) | Date: |
|---|---|
| *Aldo E. Ramirez* | |

14. Spouse's Signature, if required (For businesses, enter the title of the person who signed above.)

X *Claude Ramirez*   Date: 7/26/04

| Section IV | Description of Check (For Internal Revenue Service use only) |
|---|---|

| Schedule number | Refund Date | Amount | Other (DLN, Check/Symbol, etc.) |
|---|---|---|---|

**Paperwork Reduction Act Notice —** We ask for the information on this form to carry out the Internal Revenue laws of the United States. You aren't required to give us the information since the refund you claimed has already been issued. However, without the information we won't be able to trace your refund, and may be unable to replace it. You may give us the information we need in a letter.

The time needed to complete this form will vary depending on individual circumstances. The estimated average time is less than 5 minutes.

If you have comments concerning the accuracy of this time estimate or suggestions for making this form more simple, we would be happy to hear from you. You can write to the **Internal Revenue Service**, Attention: Tax Products Coordinating Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001.

DO NOT send this form to this office. Instead, use the envelope provided, or mail it to the Internal Revenue Service center where you filed your tax return.

EXHIBIT 8   Form **3911** (Rev. 1-1997)