UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALDO RAMIREZ, | ) |
| | ) |
| Plaintiff, | ) |
| | )    C.A. No. 04-12727-MEL |
| v. | ) |
| | ) |
| SHERRI WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

ORDER OF DISMISSAL

In accordance with the Memorandum and Order dated February 22, 2005 dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.


February 24, 2005                    By the Court,

                                     /s/ Jeanette McGlamery
                                     Deputy Clerk