UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALDO RAMIREZ,                    )
                                 )
       Plaintiff,                )
                                 )
                                 )      C.A. No. 04-12727-MEL
       v.                        )
                                 )
SHERRI WILLIAMS,                 )
                                 )
       Defendant.                )

NOTICE FOR PAYMENT OF PRISONER FILING FEE

To:    THE TREASURER'S OFFICE AT   FCI Florence   AND TO ANY
       TREASURER'S OFFICE AT FACILITIES TO WHICH THE INMATE NAMED ABOVE MAY BE
       TRANSFERRED

PLEASE TAKE NOTICE THAT:

Plaintiff, a prisoner proceeding pro se and in forma pauperis, is obligated to pay
the statutory filing fee of $150.00
for this action. See 28 U.S.C. § 1915(b)(1).

Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff has been assessed the following:

   ☒    An initial partial filing fee of: $ 10.30   is due within ten (10)
        business days of receipt of this notice.

   ☒    Remainder of fee $  139.70   to be paid in accordance with 28 U.S.C.
        § 1915(b)(2) in monthly payments of 20% of the preceding month's income
        credited to the prisoner's account each time the amount in the account
        exceeds $10.00 until the filing fee is paid.

The Treasurer's Office at the institution designated above is required to send to
the Clerk of the Court the initial partial filing fee (if assessed) and monthly
payments from plaintiff's prison trust account (or institutional equivalent) each
time the amount in the prisoner's account exceeds $10.00. 28 U.S.C. § 1915(b)(2).
The monthly payments shall be sent on the last day of each month, beginning in the
month subsequent to the date of this notice. The monthly payments shall continue
until the balance of $ 150.00   is paid in full.

The prisoner's name and case number must be noted on each remittance. If a single
check is provided in payment of filing fees for more than one prisoner, the amount
to be allocated to each prisoner and case must be noted. All checks should be made
payable to the "Clerk, U. S. District Court" and transmitted to:

                         U. S. District Court
                         Cashier - Suite 2300
                          1 Courthouse Way
                          Boston, MA  02210

                                WILLIAM RUANE, ACTING CLERK


  2/24/2005                         By:    /s/ Jeanette McGlamery
Date                                       Deputy Clerk


cc: Aldo Ramirez