# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-12727

Aldo Ramirez

v.

Sherri Williams

## CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/14/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 22, 2005.

Tony Anastas, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/23/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-12727-MEL

Ramirez v. Williams
Assigned to: Judge Morris E. Lasker
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 12/21/2004
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

Aldo Ramirez

represented by **Aldo Ramirez**
16812-265
Federal Correctional Institution
P.O. Box 6000
Florence, CO 81226-6000
PRO SE

V.

**Defendant**

**Sherri Williams**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Aldo Ramirez.(Jenness, Susan) (Entered: 01/03/2005) |
| 12/21/2004 | 2 | COMPLAINT against Sherri Williams, filed by Aldo Ramirez.(Jenness, Susan) (Entered: 01/03/2005) |
| 12/21/2004 |   | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter |

| | | |
|---|---|---|
| | | will be transmitted to Magistrate Judge Cohen. (Jenness, Susan) (Entered: 01/03/2005) |
| 12/21/2004 | 〇 | Ex Parte Motion for Writ of attachement on Defendant's Personal and Real Estate Properties by Aldo Ramirez.(Jenness, Susan) (Entered: 01/03/2005) |
| 01/10/2005 | 3 | Judge Morris E. Lasker : ORDER entered. Denying without prejudice 1 Motion for Leave to Proceed in forma pauperis. If Ramirez wishes to proceed with this action, he shall, within 42 days of the date of this order, either (1) submit the $150.00 filing fee; or (2) submit a new application to waive prepayment of the filing fee with a certified prison account statement for the 6-month period immediately preceding the filing of this action. If Ramirez fails to take either of these actions within the prescribed time period, this action will be dismissed without prejudice for failure to pay the filing fee. (JMC) (Entered: 01/11/2005) |
| 01/10/2005 | 〇 | Set/Reset Deadlines: Payment of filing fee or application to proceed without the prepayment of fees due by 2/28/2005. Failure to submit filing fee or application by 2/28/2005 will result in dismissal of the case without prejudice. (JMC) (Entered: 01/11/2005) |
| 01/28/2005 | 4 | MOTION for Leave to Proceed in forma pauperis by Aldo Ramirez.(Howarth, George) (Entered: 02/04/2005) |
| 02/07/2005 | 〇 | Judge Morris E. Lasker : ORDER entered granting 4 Motion for Leave to Proceed in forma pauperis (Howarth, George) (Entered: 02/09/2005) |
| 02/22/2005 | 5 | Judge Morris E. Lasker : ORDER entered re 1 MOTION for Leave to Proceed in forma pauperis filed by Aldo Ramirez. The Court's earlier grant of the plaintiff's application to proceed without prepayment of the application fee is hereby supplemented by the attached order. An initial partial filing fee of $10.30 is |

| Date | Doc # | Description |
|---|---|---|
| | | assessed purusant to 28 U.S.C. s 1915(b)(1). The remainder of the fee ($139.70) is to be assessed in accordance with 28 U.S.C. s 1915(b)(2). (McGlamery, Jeanette) (Entered: 02/24/2005) |
| 02/22/2005 | 7 | Judge Morris E. Lasker : ORDER entered. As explained more fully in the accompanying Memorandum and Order, the plaintiff has failed to state a claim for relief and the Court lacks subject matter jurisdiction over the plaintiff's claims. The Court therefore orders that this case be dismissed. (McGlamery, Jeanette) (Entered: 02/24/2005) |
| 02/24/2005 | 9 | Judge Morris E. Lasker : ORDER entered. ORDER Directing Monthly Payments be made from Prison Account of Aldo Ramirez. An initial partial filing fee of $10.30 is assessed. The remainder of the fee ($139.70) is to be assessed in accordance with 28 U.S.C. s 1915(b)(2).(McGlamery, Jeanette) Additional attachment(s) added on 2/24/2005 (McGlamery, Jeanette). (Entered: 02/24/2005) |
| 02/24/2005 | 8 | Judge Morris E. Lasker : ORDER entered. In accordance with the Memorandum and Order dated February 22, 2005 dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety. (McGlamery, Jeanette) (Entered: 02/24/2005) |
| 03/14/2005 | 10 | NOTICE OF APPEAL as to 7 Memorandum & ORDER,, 8 Order Dismissing Case, by Aldo Ramirez. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/4/2005. (Abaid, Kim) (Entered: 03/15/2005) |