UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALDO RAMIREZ,                )
                             )
         Plaintiff,          )
                             )    C.A. No. 04-12727-MEL
    v.                       )
                             )
SHERRI WILLIAMS,             )
                             )
         Defendant.          )

### ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

### FINDINGS

A. Is plaintiff a "prisoner" as defined in 28 U.S.C. § 1915(h) and/or 28 U.S.C. § 1915A(c):

   Yes ☒    No ☐

B. Is a filing fee under 28 U.S.C. § 1915(b) to be assessed at this time:

   1. Yes ☐    Plaintiff is obligated to pay the entire statutory filing fee immediately. See 28 U.S.C. § 1915(b)(1); 28 U.S.C. § 1914 ($150.00 for a civil action).

   2. Yes ☒    An initial partial filing fee of $10.30 is assessed pursuant to 28 U.S.C. § 1915(b)(1). The remainder of the fee $139.70 is to be assessed in accordance with 28 U.S.C. § 1915(b)(2).

   3. Yes ☐    Plaintiff has proffered evidence of being without funds for six months and being currently without funds. Under 28 U.S.C. § 1915(b)(2), plaintiff is assessed an obligation to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account until the $150.00 filing fee is paid in full.

   4. No ☐     Plaintiff is not assessed an initial partial filing fee or obligation to make monthly payments at this time.

ORDERS

Based upon the foregoing:

1. The application to proceed without prepayment of fees is GRANTED.

    Yes ☒      No ☐

2. If a filing fee assessment has been made under paragraph B above, is it a provisional finding that is subject to early modification:

    Yes ☒      No ☐

    If the above answer is Yes, the following applies:

    If the plaintiff files, within 35 days of the date of this Order, a certified copy of his/her prison trust account <u>or</u> a statement signed by plaintiff under the pains and penalties of perjury demonstrating eligibility to proceed in this action without paying an initial partial filing fee or without payment of any fee assessed above, the Court will consider the certification or statement in determining whether to modify any fee assessment under 28 U.S.C. § 1915(b)(2).

3. The Clerk shall send a copy of this Order to the institution having custody of plaintiff:

    Yes ☒      No ☐

SO ORDERED.

 2/22/2005                              /s/ Morris E. Lasker
DATE                                    UNITED STATES DISTRICT JUDGE

2

# Inmate Statement

 PRINT

| Inmate Reg #: | 16812265 | Current Institution: | Florence FCI |
| --- | --- | --- | --- |
| Inmate Name: | RAMIREZ-MAZARIEGOS, ALDO | Housing Unit: | NORWOOD A |
| Report Date: | 03/01/2005 | Living Quarters: | N02-403L |
| Report Time: | 7:10:28 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FLF | 2/15/2005 5:22:12 PM | 23 | | | Sales | ($14.55) | | $0.67 |
| FLF | 2/11/2005 6:34:19 PM | ITS0211 | | | ITS Withdrawal | ($2.00) | | $15.22 |
| FLF | 2/10/2005 8:51:30 PM | ITS0210 | | | ITS Withdrawal | ($2.00) | | $17.22 |
| FLF | 2/10/2005 9:08:20 AM | 5JV00070 | | | Payroll - IPP | $18.00 | | $19.22 |
| FLF | 2/4/2005 8:04:35 PM | ITS0204 | | | ITS Withdrawal | ($1.00) | | $1.22 |
| FLF | 2/4/2005 6:20:07 PM | ITS0204 | | | ITS Withdrawal | ($2.00) | | $2.22 |
| FLF | 2/2/2005 12:27:38 PM | 39 | | | Sales | ($54.60) | | $4.22 |
| FLF | 1/25/2005 6:17:16 PM | 52 | | | Sales | ($24.15) | | $58.82 |
| FLF | 1/23/2005 10:48:19 AM | ITS0123 | | | ITS Withdrawal | ($3.00) | | $82.97 |
| FLF | 1/23/2005 9:08:01 AM | ITS0123 | | | ITS Withdrawal | ($2.00) | | $85.97 |
| FLF | 1/20/2005 8:58:21 PM | ITS0120 | | | ITS Withdrawal | ($4.00) | | $87.97 |
| FLF | 1/20/2005 5:01:08 AM | 70124601 | | | Lockbox - CD | $20.00 | | $91.97 |
| FLF | 1/19/2005 6:11:04 PM | 27 | | | Sales | ($1.80) | | $71.97 |
| FLF | 1/19/2005 6:10:27 PM | 26 | | | Sales | ($6.20) | | $73.77 |
| FLF | 1/15/2005 11:29:29 AM | ITS0115 | | | ITS Withdrawal | ($2.00) | | $79.97 |
| FLF | 1/11/2005 8:01:10 PM | 115 | | | Sales | ($3.20) | | $81.97 |
| FLF | 1/11/2005 8:00:24 PM | 114 | | | Sales | ($10.15) | | $85.17 |
| FLF | 1/10/2005 9:37:52 AM | 5JV00049 | | | Payroll - IPP | $18.00 | | $95.32 |
| FLF | 1/4/2005 7:25:04 PM | 80 | | | Sales | ($11.00) | | $77.32 |
| FLF | 1/3/2005 6:02:10 PM | ITS0103 | | | ITS Withdrawal | ($2.00) | | $88.32 |
| FLF | 12/29/2004 5:31:16 PM | ITS1229 | | | ITS Withdrawal | ($5.00) | | $90.32 |
| FLF | 12/29/2004 5:24:35 PM | ITS1229 | | | ITS Withdrawal | ($3.00) | | $95.32 |
| FLF | 12/24/2004 8:30:01 AM | ITS1224 | | | ITS Withdrawal | ($3.00) | | $98.32 |
| FLF | 12/23/2004 12:57:48 PM | 6195 | | 185226 | Local Collections | $100.00 | | $101.32 |
| FLF | 12/20/2004 8:12:42 PM | 115 | | | Sales | ($4.70) | | $1.32 |
| FLF | 12/14/2004 6:13:30 PM | 64 | | | SPO - Released | | $28.25 | -------- |
| FLF | 12/14/2004 6:13:30 PM | 37 | | | Sales | ($38.65) | | $6.02 |
| FLF | 12/12/2004 9:46:37 AM | ITS1212 | | | ITS Withdrawal | ($2.00) | | $44.67 |
| FLF | 12/10/2004 8:08:54 AM | 5JV00027 | | | Payroll - IPP | $18.00 | | $46.67 |
| FLF | 11/30/2004 6:29:44 PM | 53 | | | Sales | ($9.60) | | $28.67 |
| FLF | 11/29/2004 2:52:42 PM | 4145 | | 185460 | Local Collections | $10.00 | | $38.27 |
| FLF | 11/19/2004 11:35:57 AM | 64 | | | SPO | | ($28.25) | -------- |

| | | | | | | |
|---|---|---|---|---|---|---|
| FLF | 11/16/2004 7:14:37 PM | 77 | | Sales | ($11.60) | $28.27 |
| FLF | 11/10/2004 8:25:22 AM | 5JV00010 | | Payroll - IPP | $12.00 | $39.87 |
| FLF | 11/2/2004 5:40:23 PM | ITS1102 | | ITS Withdrawal | ($1.00) | $27.87 |
| FLF | 10/28/2004 10:29:32 AM | 52 | | Sales | ($3.37) | $28.87 |
| FLF | 10/22/2004 8:03:07 PM | ITS1022 | | ITS Withdrawal | ($3.00) | $32.24 |
| FLF | 10/21/2004 12:13:28 PM | 26 | | Sales | ($11.26) | $35.24 |
| FLF | 10/17/2004 2:54:50 PM | ITS1017 | | ITS Withdrawal | ($1.00) | $46.50 |
| FLF | 10/12/2004 8:28:55 PM | 139 | | Sales | ($10.65) | $47.50 |
| FLF | 10/9/2004 11:29:27 AM | ITS1009 | | ITS Withdrawal | ($2.00) | $58.15 |
| FLF | 10/8/2004 7:37:40 AM | 4JV00240 | | Payroll - IPP | $24.00 | $50.15 |
| FLF | 10/8/2004 7:37:40 AM | 4JV00240 | | Payroll - IPP | $10.00 | $60.15 |
| FLF | 10/5/2004 5:58:19 PM | 34 | | Sales | ($20.20) | $26.15 |
| FLF | 10/3/2004 11:47:53 AM | ITS1003 | | ITS Withdrawal | ($2.00) | $46.35 |
| FLF | 10/1/2004 5:49:36 PM | ITS1001 | | ITS Withdrawal | ($2.00) | $48.35 |
| FLF | 10/1/2004 1:12:18 PM | 42 | 184903 | Local Collections | $50.00 | $50.35 |
| FLF | 9/24/2004 8:50:51 PM | ITS0924 | | ITS Withdrawal | ($2.00) | $0.35 |
| FLF | 9/14/2004 6:56:27 PM | 70 | | Sales | ($16.35) | $2.35 |
| FLF | 9/10/2004 8:04:44 AM | 4JV00220 | | Payroll - IPP | $18.00 | $18.70 |

1 2

**Total Transactions: 79**

**Totals:** ($8.35)  $0.00

---

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FLF | $0.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.67 |
| **Totals:** | **$0.67** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.67** |

# Inmate Statement



| Inmate Reg #: | 16812265 | Current Institution: | Florence FCI |
| Inmate Name: | RAMIREZ-MAZARIEGOS, ALDO | Housing Unit: | NORWOOD A |
| Report Date: | 03/04/2005 | Living Quarters: | N02-403L |
| Report Time: | 7:10:44 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLF | 8/31/2004 5:41:13 PM | 389 | | | SPO - Released | | $25.50 | -------- |
| FLF | 8/31/2004 5:41:13 PM | 26 | | | Sales | ($31.10) | | $0.70 |
| FLF | 8/24/2004 5:26:00 PM | 22 | | | Sales | ($4.40) | | $31.80 |
| FLF | 8/19/2004 5:12:41 PM | ITS0819 | | | ITS Withdrawal | ($2.00) | | $36.20 |
| FLF | 8/17/2004 2:28:55 PM | 389 | | | SPO | | ($25.50) | -------- |
| FLF | 8/10/2004 5:03:47 PM | 11 | | | Sales | ($8.30) | | $38.20 |
| FLF | 8/10/2004 7:55:27 AM | 4JV00197 | | | Payroll - IPP | $9.00 | | $46.50 |
| FLF | 8/5/2004 8:38:19 PM | ITS0805 | | | ITS Withdrawal | ($3.00) | | $37.50 |
| FLF | 8/4/2004 2:57:54 PM | 25985 | | 185260 | Local Collections | $20.00 | | $40.50 |
| FLF | 8/3/2004 6:13:20 PM | 29 | | | Sales | ($27.55) | | $20.50 |
| FLF | 8/2/2004 5:04:34 PM | ITS0802 | | | ITS Withdrawal | ($2.00) | | $48.05 |
| FLF | 8/2/2004 3:16:46 PM | 25798 | | 185255 | Local Collections | $50.00 | | $50.05 |
| FLF | 7/24/2004 11:34:21 AM | ITS0724 | | | ITS Withdrawal | ($1.00) | | $0.05 |
| FLF | 7/20/2004 6:50:33 PM | 73 | | | Sales | ($21.35) | | $1.05 |
| FLF | 7/17/2004 9:35:24 AM | ITS0717 | | | ITS Withdrawal | ($3.00) | | $22.40 |
| FLF | 7/17/2004 9:21:19 AM | ITS0717 | | | ITS Withdrawal | ($2.00) | | $25.40 |
| FLF | 7/13/2004 8:10:04 PM | 79 | | | Sales | ($2.95) | | $27.40 |
| FLF | 7/11/2004 11:35:49 AM | ITS0711 | | | ITS Withdrawal | ($1.00) | | $30.35 |
| FLF | 7/9/2004 10:21:06 AM | 4JV00173 | | | Payroll - IPP | $15.84 | | $31.35 |
| FLF | 7/7/2004 5:45:40 PM | 39 | | | Sales | ($8.05) | | $15.51 |
| FLF | 7/4/2004 6:09:42 PM | ITS0704 | | | ITS Withdrawal | ($2.00) | | $23.56 |
| FLF | 6/29/2004 6:00:21 PM | 38 | | | Sales | ($26.60) | | $25.56 |
| FLF | 6/27/2004 10:46:21 AM | ITS0627 | | | ITS Withdrawal | ($2.00) | | $52.16 |
| FLF | 6/21/2004 7:19:41 PM | ITS0621 | | | ITS Withdrawal | ($2.00) | | $54.16 |
| FLF | 6/18/2004 2:23:30 PM | 22311 | | 184320 | Local Collections | $20.00 | | $56.16 |
| FLF | 6/17/2004 9:55:11 AM | 36 | | | Sales | ($8.82) | | $36.16 |
| FLF | 6/14/2004 3:00:39 PM | 21924 | | 185002 | Local Collections | $30.00 | | $44.98 |
| FLF | 6/10/2004 12:09:51 PM | 33 | | | Sales | ($8.80) | | $14.98 |
| FLF | 6/10/2004 8:52:56 AM | 4JV00151 | | | Payroll - IPP | $14.76 | | $23.78 |
| 1 2 | | | | | | | | |

**Total Transactions: 79**

Totals: ($8.35)   $0.00

InmateStatementCombined

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FLF | $0.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.67 |
| Totals: | $0.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.67 |

"THORIZED BY THE ACT OF JULY 27, 1955 TO ADMINISTER OATHS (18 USC 4004)"

S.C. Ilins
Case Manager
3-4-05