# United States Court of Appeals
## For the First Circuit

No.   05-1436
DC No. 04-cv-12727

ALDO RAMIREZ
Plaintiff - Appellant

v.

SHERRI WILLIAMS
Defendant - Appellee

ORDER OF COURT
Entered:   April 12, 2005

The appellant listed above is a prisoner seeking to appeal in forma pauperis and has applied to proceed without prepayment of the $105 filing fee under the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(a)(2). Appellant has completed and filed a consent form permitting appropriate prison officials to calculate and collect in installments the $255 filing fee from appellant's prison trust account in accordance with the terms of 28 U.S.C. §1915(b)(1) and (2).

1. Pursuant to the consent form signed by the appellant, the custodian of this appellant's inmate trust account is directed to **calculate, collect and forward to the Clerk of the United States District Court for the District of Massachusetts**, as payment for the initial partial filing fee under 28 U.S.C. §1915(b)(1), 20% of the greater of:
    (a) the average monthly deposits to the inmate trust account; or
    (b) the average monthly balance in the inmate trust account, for the 6 months immediately preceding the filing of the notice of appeal on **March 14, 2005**. That sum should be deducted from appellant's prison account until the initial partial filing fee is paid.

2. After the initial partial filing fee is paid in full, pursuant to 28 U.S.C. §1915(b)(2) and the consent form executed by appellant, appellant's custodian is directed to calculate and remit each succeeding month on a continuing basis 20% of the preceding month's income credited to appellant's account, but only when the amount in the account exceeds $10, until the full $255 filing fee is paid. **Each payment shall reference the docket number of this appeal and the district court docket number and be paid to the district court.**

3. Appellant's custodian shall notify this court and the Clerk of the United States District Court if the appellant is transferred to another institution or released.

4. A copy of this order shall be sent to appellant's custodian and to the Clerk of the United Stated District Court for the District of **Massachusetts**. A copy of appellant's authorization shall be sent to the custodian.

For the court, by direction,

Richard Cushing Donovan, Clerk

By: **JULIE GREGG**
Operations Manager

[Certified copy to Sarah A. Thornton, Clerk of the USDC of MA, and S. Collins, Case Manager,   cc: Mr. Ramirez, Ms. Williams]

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 4/12/05

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RE: 05-1436  Ramirez v. Williams (District Court #04-12727)

To Be Filed By: 4/14/05

2005 APR 12 A 10:54

PRISON LITIGATION REFORM ACT (PLRA) CONSENT FORM:
CONSENT TO COLLECTION OF FEES FROM INMATE TRUST ACCOUNT

*************************************************************

I, ALDO RAMIREZ, #16812-265, hereby give my consent that upon entry of a court order approving my application to proceed without prepayment of fees and setting the amount of the initial partial appellate filing fee, the appropriate prison officials shall collect from my prison account and pay to the appropriate district court an initial payment of twenty percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my notice of appeal; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my notice period.

In satisfaction of the balance of the filing fee, I consent for the appropriate prison officials to collect from my account, on a monthly basis, an amount equal to twenty percent of the income credited to my account for the preceding month if the balance in the account for that month exceeds $10. The appropriate officer shall forward the interim payment to the Clerk's Office,
U.S. District Court of MA
1 Courthouse Way
Boston, MA 02210
until such time as the filing fee* is paid in full.

Executed on the 6th day of April, 2005.

_Aldo Ramirez_
SIGNATURE OF APPELLANT

Aldo Ramirez
PRINT NAME

Form 2

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

RE: 05-1436 Ramirez v. Williams (District Court #04-12727)

To Be Filed By: 4/14/05

## PRISONER TRUST ACCOUNT REPORT

Name:_____

_____NUMBER:_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO:     Trust Officer
FROM:   Clerk, U.S. Court of Appeals for the First Circuit

Under the Prisoner Litigation Reform Act, a prisoner appealing a civil judgment must obtain from the trust officer of each institution in which the prisoner was confined during the preceding six months a **certified copy** of the prisoner's trust account statement for the six months prior to filing of the appeal.

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the court in advance of the due date shown at the top of the form.

DATE OF FILING NOTICE OF APPEAL:                            3/14/05

BALANCE at time of filing notice of appeal:              _____

AVERAGE MONTHLY DEPOSITS during the six
months prior to filing of the notice of
appeal:                                                   _____

AVERAGE MONTHLY BALANCE during the six
months prior to filing of the notice of
appeal:                                                   _____

I certify that the above information accurately states the deposits and balances in applicant's trust account for the period shown. The attached ledger sheets for the six-month period prior to 3/14/05 are true copies of account records maintained in the ordinary course of business.

DATE:_____

AUTHORIZED SIGNATURE:_____

NAME AND TITLE:_____
        ADDRESS:_____
                _____
                _____

(See Attached.)

Form 1

## All Transactions

| Inmate Reg #: | 16812265 | | Current Institution: | Florence FCI |
|---|---|---|---|---|
| Inmate Name: | RAMIREZ-MAZARIEGOS, ALDO | | Housing Unit: | NORWOOD A |
| Report Date: | 04/05/2005 | | Living Quarters: | N02-403L |
| Report Time: | 4:47:29 PM | | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 4/5/2005 10:20:14 AM | FLP7032 | PLRA Payment | ($10.30) | | 6171 | $118.82 |
| 3/29/2005 6:38:19 PM | FLF3012 | Sales | ($16.30) | 56 | | $129.12 |
| 3/28/2005 8:42:42 PM | AMService | ITS Withdrawal | ($2.00) | ITS0328 | | $145.42 |
| 3/25/2005 7:06:13 PM | AMService | ITS Withdrawal | ($3.00) | ITS0325 | | $147.42 |
| 3/21/2005 5:11:12 AM | AMSERVICE | Lockbox - CD | $100.00 | 70128703 | | $150.42 |
| 3/21/2005 5:11:09 AM | AMSERVICE | Lockbox - CD | $50.00 | 70128703 | | $50.42 |
| 3/19/2005 10:37:40 AM | AMService | ITS Withdrawal | ($3.00) | ITS0319 | | $0.42 |
| 3/15/2005 7:07:35 PM | FLF3014 | Sales | ($24.25) | 88 | | $3.42 |
| 3/11/2005 10:27:37 PM | AMService | ITS Withdrawal | ($3.00) | ITS0311 | | $27.67 |
| 3/11/2005 7:09:25 PM | AMService | ITS Withdrawal | ($3.00) | ITS0311 | | $30.67 |
| 3/10/2005 9:29:10 AM | FLM2005 | Payroll - IPP | $15.00 | 5JV00091 | | $33.67 |
| 3/10/2005 9:29:10 AM | FLM2005 | Payroll - IPP | $18.00 | 5JV00091 | | $18.67 |
| 2/15/2005 5:22:12 PM | FLF3013 | Sales | ($14.55) | 23 | | $0.67 |
| 2/11/2005 6:34:19 PM | AMService | ITS Withdrawal | ($2.00) | ITS0211 | | $15.22 |
| 2/10/2005 8:51:30 PM | AMService | ITS Withdrawal | ($2.00) | ITS0210 | | $17.22 |
| 2/10/2005 9:08:20 AM | FLM2005 | Payroll - IPP | $18.00 | 5JV00070 | | $19.22 |
| 2/4/2005 8:04:35 PM | AMService | ITS Withdrawal | ($1.00) | ITS0204 | | $1.22 |
| 2/4/2005 6:20:07 PM | AMService | ITS Withdrawal | ($2.00) | ITS0204 | | $2.22 |
| 2/2/2005 12:27:38 PM | FLF3013 | Sales | ($54.60) | 39 | | $4.22 |
| 1/25/2005 6:17:16 PM | FLF3012 | Sales | ($24.15) | 52 | | $58.82 |
| 1/23/2005 10:48:19 AM | AMService | ITS Withdrawal | ($3.00) | ITS0123 | | $82.97 |
| 1/23/2005 9:08:01 AM | AMService | ITS Withdrawal | ($2.00) | ITS0123 | | $85.97 |
| 1/20/2005 8:58:21 PM | AMService | ITS Withdrawal | ($4.00) | ITS0120 | | $87.97 |
| 1/20/2005 5:01:08 AM | AMSERVICE | Lockbox - CD | $20.00 | 70124601 | | $91.97 |
| 1/19/2005 6:11:04 PM | FLF3013 | Sales | ($1.80) | 27 | | $71.97 |
| 1/19/2005 6:10:27 PM | FLF3013 | Sales | ($6.20) | 26 | | $73.77 |
| 1/15/2005 11:29:29 AM | AMService | ITS Withdrawal | ($2.00) | ITS0115 | | $79.97 |
| 1/11/2005 8:01:10 PM | FLF3013 | Sales | ($3.20) | 115 | | $81.97 |
| 1/11/2005 8:00:24 PM | FLF3013 | Sales | ($10.15) | 114 | | $85.17 |
| 1/10/2005 9:37:52 AM | FLM2005 | Payroll - IPP | $18.00 | 5JV00049 | | $95.32 |
| 1/4/2005 7:25:04 PM | FLF3013 | Sales | ($11.00) | 80 | | $77.32 |
| 1/3/2005 6:02:10 PM | AMService | ITS Withdrawal | ($2.00) | ITS0103 | | $88.32 |
| 12/29/2004 5:31:16 PM | AMService | ITS Withdrawal | ($5.00) | ITS1229 | | $90.32 |
| 12/29/2004 5:24:35 PM | AMService | ITS Withdrawal | ($3.00) | ITS1229 | | $95.32 |
| 12/24/2004 8:30:01 AM | AMService | ITS Withdrawal | ($3.00) | ITS1224 | | $98.32 |
| 12/23/2004 12:57:48 PM | FLM2004 | Local Collections | $100.00 | 6195 | | $101.32 |
| 12/20/2004 8:12:42 PM | FLF3012 | Sales | ($4.70) | 115 | | $1.32 |
| 12/14/2004 6:13:30 PM | FLF3013 | Sales | ($38.65) | 37 | | $6.02 |
| 12/14/2004 6:13:30 PM | FLF3013 | SPO - Released | $28.25 | 64 | | |
| 12/12/2004 9:46:37 AM | AMService | ITS Withdrawal | ($2.00) | ITS1212 | | $44.67 |
| 12/10/2004 8:08:54 AM | FLM2004 | Payroll - IPP | $18.00 | 5JV00027 | | $46.67 |
| 11/30/2004 6:29:44 PM | FLF3013 | Sales | ($9.60) | 53 | | $28.67 |
| 11/29/2004 2:52:42 PM | FLP7032 | Local Collections | $10.00 | 4145 | | $38.27 |
| 11/19/2004 11:35:57 AM | FLF3011 | SPO | ($28.25) | 64 | | |
| 11/16/2004 7:14:37 PM | FLF3013 | Sales | ($11.60) | 77 | | $28.27 |
| 11/10/2004 8:25:22 AM | FLM2005 | Payroll - IPP | $12.00 | 5JV00010 | | $39.87 |
| 11/2/2004 5:40:23 PM | AMService | ITS Withdrawal | ($1.00) | ITS1102 | | $27.87 |
| 10/28/2004 10:29:32 AM | FLF3014 | Sales | ($3.37) | 52 | | $28.87 |
| 10/22/2004 8:03:07 PM | AMService | ITS Withdrawal | ($3.00) | ITS1022 | | $32.24 |
| 10/21/2004 12:13:28 PM | FLF3014 | Sales | ($11.26) | 26 | | $35.24 |

1 2

"AUTHORIZED BY THE ACT OF JULY 27, 1955 TO ADMINISTER OATHS (18 USC 4004)"

— S. Collins
Case Manager
4-6-05