# United States Court of Appeals
## For the First Circuit

No. 05-1436

ALDO RAMIREZ,

Plaintiff, Appellant,

v.

SHERRI WILLIAMS,

Defendant, Appellee.

Before

Lynch, <u>Circuit Judge</u>,
Campbell, <u>Senior Circuit Judge</u>,
and Lipez, <u>Circuit Judge</u>.

JUDGMENT

Entered: December 27, 2005

After careful review of the record, and a de novo examination of the district court's dismissal of the complaint pursuant to 28 U.S.C. §1915, we conclude that this appeal should be <u>dismissed</u> for essentially the reasons stated in the district court's order of February 22, 2005. Any legal remedy for the wrongs plaintiff alleges would lie in the state, not the federal, courts.

By the Court:

Richard Cushing Donovan, Clerk.

By: _MARGARET CARTER_____
Chief Deputy Clerk.

[cc: Aldo Ramirez and Sherri Williams]